1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NULINX INTERNATIONAL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERVUE SOLUTIONS, INC., aka/dba SERVUE INC., a California corporation, Hamid Kohan, aka Hamid Kohanfars, an individual, Benjamin Javaherian, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **Case No. CV 08-06076 CBM (RCx)**<br><br>The Honorable Consuelo B. Marshall<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

**DENIED** - *See Order of 12/23/08. Provide a complete document the Court can change.*

**ROSALYN M. CHAPMAN** · 1/16/09

　　　Having reviewed the Stipulation filed by the parties, the Court hereby orders entry of Protective Order.

IT IS SO ORDERED.

Dated:　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge

-1-